United States District Court
District of Connecticut
FILED AT   NEW HAVEN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

5-15 20 18
Roberta D. Tabora, Clerk
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA: | CRIMINAL NO. 3:18cr     (JAM) |
| v. | VIOLATION: |
| CHRISTINE MILES | 18 U.S.C. § 1957(a) (Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Monetary Transactions in Property Derived from Specified Unlawful Activity)

In or about April 2017, in the District of Connecticut, the defendant CHRISTINE MILES did knowingly engage and attempt to engage in a monetary transaction, by, through, and to a financial institution, affecting interstate commerce, in criminally derived property of a value greater than $10,000, that is, CHRISTINE MILES entered into an Interstate Bill of Lading Contract and Order for Service, with Coastal Van Lines of Clifton, New Jersey, for $17,359, through the purchase of eleven (11) United States Postal Money Orders totaling $9,724.77 and the purchase of a Berkshire Bank Cashier's Check in the amount of $7,654.77, property derived from a specified unlawful activity, that is, the unlawful distribution of controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 1957(a).

UNITED STATES OF AMERICA

_____
JOHN H. DURHAM
UNITED STATES ATTORNEY

_____
DAVID X. SULLIVAN
ASSISTANT UNITED STATES ATTORNEY